(April 13, 1976)

■ HARRY ZEITLAN, Appellant-Respondent, v CHEMICAL BANK NEW YORK TRUST Co. et al., Respondents, and ROSEMARIE ZEITLAN et al., Respondents-Appellants.—Judgment, Supreme Court, New York County, entered on September 30, 1975, unanimously affirmed on the opinion of Postel, J., at Special Term, without costs and without disbursements. The counsel fees awarded shall cover the services rendered on this appeal. Concur—Markewich, J. P., Murphy, Lupiano and Nunez, JJ.